PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Javenna Smith-Harris            **Docket Number:** 07-00546-001
                                                                                                    **PACTS Number:** 48894

**Name of Sentencing Judicial Officer:** Honorable Jose L. Linares

**Date of Original Sentence:** 10/10/2007

**Original Offense:** False Statements, 18 U.S.C. § 1001 & 2

**Original Sentence:** 5 years probation

**Type of Supervision:** Probation                              **Date Supervision Commenced:** 10/10/07

**Assistant U.S. Attorney:** Andrew Kogan, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Blair R. Zwillman, 90 Woodbridge Center Drive, Woodbridge, New Jersey (732) 855-6150.

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                      The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

                                Since September 24, 2009, the offender has associated via telephone conversations and emails with federal inmates Eric Myrieckes (Reg#11013068), Yeslin Escobar(Reg# 04637000), and Monique Naves(Reg# 21945001). She was not granted permission to do so by the probation officer, and denied contact with convicted felons on written monthly supervision reports.

2   The offender has violated the special supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $12,217.00 to United States Department of Housing and Urban Development at a rate of no less than $250 per month.**'

    The offender last made a payment towards her restitution in February 2008. From February through June 2010, the offender deposited $1,630 into the commissary account of BOP inmate Eric Myrieckes.

3   The offender has violated the special supervision condition which states '**You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.**'

    According to offender's credit report, the offender opened a credit account with First Premier in October 2009 and was not granted permission to do by the probation officer. She has an outstanding balance of $335.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 10/1/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: Nov. 3, 2010 @ 10:00 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/6/2010
Date